# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# JONESBORO DIVISION

AMY ELUMBAUGH                                                                          PLAINTIFF

V.                                    NO. 3:12CV00132-JTR

CAROLYN W. COLVIN,                                                                     DEFENDANT
Acting Commissioner,
Social Security Administration

## JUDGMENT

Pursuant to the Memorandum and Order filed this date, judgment is entered in favor of Defendant, dismissing this case, with prejudice.

DATED THIS 17th DAY OF July, 2013.

_____
UNITED STATES MAGISTRATE JUDGE