**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**JONESBORO DIVISION**


AMY ELUMBAUGH                                                          PLAINTIFF

V.                              NO. 3:12CV00132-JTR

CAROLYN W. COLVIN,                                                DEFENDANT
Acting Commissioner,
Social Security Administration


**<u>JUDGMENT</u>**

Pursuant to the Memorandum and Order filed this date, judgment is entered

in favor of Defendant, dismissing this case, with prejudice.

DATED THIS 17th DAY OF July, 2013.


_____
UNITED STATES MAGISTRATE JUDGE